EPSTEIN BECKER & GREEN, P.C.
Attorneys for Defendants, United Staffing
Systems, Inc., and Barry Saide
Two Gateway Center, 12th Floor
Newark, New Jersey 07102-5003
(973) 642-1900

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------x
ANGELO PRESTI and KATHY PRESTI,

                Plaintiffs,

vs.

UNITED STAFFING SYSTEMS, INC., a
New York Company, BARRY SAIDE, and
JOHN and JANE DOES 1-5 (fictitious
persons) and ABC CORPORATION
(fictitious companies),

                Defendants.
----------------------------------------x

CIVIL ACTION NO. 07-CV-3726 (PGS)

**CONSENT ORDER OF DISMISSAL OF COMPLAINT AND COUNTER-CLAIMS WITH PREJUDICE**

**THIS MATTER** having been opened to the Court by Epstein Becker & Green, P.C. (Joseph D. Guarino, Esq. appearing), attorneys for defendants United Staffing Systems, Inc. ("United Staffing"), and Barry Saide (collectively referred to as "defendants"), and Law Offices of Jamison M. Mark (Jamison M. Mark, Esq. appearing), counsel for plaintiffs Angelo Presti and Kathy Presti (collectively referred to as "plaintiffs"), the Court being fully advised, and the parties having conferred and agreed to the entry of the within Consent Order, and for good cause shown;

**IT IS** on this 12 day of June, 2008;

**ORDERED** that plaintiffs' claims against defendants in the above captioned action be and hereby are dismissed with prejudice, without right of appeal and without costs and fees; and it is further

**ORDERED** that defendants' counterclaims against plaintiffs in the above captioned action be and hereby are dismissed with prejudice, without right of appeal and without costs and fees; and it is further

**ORDERED** that the United States District Court, District of New Jersey shall retain jurisdiction of this matter, including jurisdiction over any and all applications relating to the interpretation and/or enforcement this Agreement.

**SO ORDERED:**

6/12/08

HONORABLE ESTHER SALAS, U.S.M.J.

**THE UNDERSIGNED HEREBY CONSENT TO ENTRY OF THE WITHIN ORDER:**

| | |
|---|---|
| LAW OFFICE OF JAMISON M. MARK<br>Attorneys for Plaintiffs,<br>Angelo Presti and Kathy Presti | EPSTEIN BECKER & GREEN, P.C.<br>Attorneys for Defendants,<br>United Staffing Systems, Inc., and<br>Barry Saide |
| By _____<br>JAMISON M. MARK<br>DATED: May 30, 2008 | By _____<br>JOSEPH D. GUARINO<br>DATED: May 16, 2008 |